opinion. Judgment and order affirmed, with costs.

KAZMAN, Respondent, v. LYONS BEET SUGAR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Doris Kazman against the Lyons Beet Sugar Company. S. Pierson, for appellant. M. Shlivek, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEHOE v. RIESENBERG et al. (Supreme Court, Appellate Term. January 27, 1910.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by John Kehoe against Adolph Riesenberg, Edwin Von Der Horst Koch, and William T. Koch, copartners under the name of H. C. F. Koch & Co. Plaintiff had judgment, and defendants appeal. Affirmed, on condition that judgment be reduced. C. Monteith Gilpin, for appellants. Emerich Kohn, for respondents.

DAYTON, J. Action for injuries to plaintiff's horse, caused by defendants' negligence. Answer, general denial. Pleadings verified. Amount claimed, $250. Jury rendered a verdict for $75. Defendants appeal. No motion was made to dismiss at the close of the whole case. Plaintiff was driving his express wagon down Fifth avenue at about 3½ miles per hour. Some automobile stages were coming up Fifth avenue. Near Eightieth street there was a tangle. Defendants' wagon, moving at the rate of about six miles an hour, struck the hind wheel of plaintiff's wagon and threw plaintiff's horse to the ground, and one of the automobiles went over its left foreleg. The horse was shot. The court charged the usual rules of law applicable to the case at bar. Defendants made no requests, nor took any exceptions. The question of damages remains to be disposed of. Plaintiff was the only witness as to value. He bought the horse when in a decrepit condition from "mange," and treated it with carbolic sponge baths until it became restored. This treatment, including feed and labor, he said cost $150, and that the horse was reasonably worth $250. He was an interested witness, and his estimate of value must, therefore, be cautiously considered, even had he stated his unqualified opinion of its value. Taking the most favorable view to which plaintiff is entitled we are of opinion that the judgment must be reversed and a new trial ordered on the ground of excessive damages, unless the plaintiff shall stipulate to reduce the damage to the sum of $35. Judgment reversed, and new trial ordered, with costs to appellants to abide the event, unless the plaintiff stipulates within five days to reduce the judgment to the sum of $35 and appropriate costs in the court below, in which event the judgment, as modified, is affirmed, without costs to either party upon this appeal.

GIEGERICH, J., concurs in result. LEHMAN, J., votes for affirmance.

KELLER FARMER CO., Appellant, v. WATSON, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by the Keller Farmer Company against Jesse Watson. S. P. Goldman, for appellant. J. B. Doyle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY, Respondent, v. DOUBLEDAY et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Frank P. Kelly, as trustee, etc., against Robert B. Doubleday and another. No opinion. Judgment unanimously affirmed, with costs.

KERNS, Respondent, v. DAVENPORT, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by James Kerns against Charles M. Davenport. No opinion. Judgment affirmed, with costs.

KETCHAM, Respondent, v. KETCHAM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Cornelius Ketcham against James R. Ketcham and another.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground, among others, that the conclusions of law are not supported by the findings of fact.

KEVILLE, Respondent, v. KEVILLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Elizabeth L. Keville against Peter E. Keville. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 122 App. Div. 388, 106 N. Y. Supp. 993.

KINCAID, Respondent, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by James J. Kincaid against the Chapter General of America, Knights of St. John and Malta. L. M. King, for appellant. H. C. Lake, for respondent. No opinion. Determinations affirmed, with costs, with leave to defendant to appeal to the Court of Appeals, if it so desires. Orders filed.

KLEIN, Appellant, v. VOGEL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Margareta Klein against Louis Vogel. A. P. Wagener, for appellant. F. N. Van Zandt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KLINCK, Respondent, v. KEPPY, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Jacob C. Klinck, as trustee, etc., against Frederick B. Keppy. No opinion.

Judgment of the Municipal Court affirmed, with costs.

KNAPP v. KNAPP. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Appeal from Special Term, New York County. Action by Maud Knapp against Alfred S. Knapp. From an order granting plaintiff's motion for alimony and counsel fee, defendant appeals. Reversed. George S. Graham, for appellant. I. N. Jacobson, for respondent.

PER CURIAM. We think, upon the undisputed facts, the court had no jurisdiction of the subject-matter of the action, and therefore the order for alimony and counsel fee should not have been granted. The order is reversed, and the motion denied.

KNIGHT, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by George L. Knight against the City of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

KONIG, Appellant, v. HECLA IRON WORKS, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Pauline Konig, as administratrix, etc., against the Hecla Iron Works. No opinion. Motion denied, without costs. See, also, 128 App. Div. 894, 112 N. Y. Supp. 1134.

KOZAK, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by George Kozak against the Erie Railroad Company. No opinion. Motion denied, with $10 costs. See, also, 119 N. Y. Supp. 876.

KRIPPENDORF, Respondent, v. MARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Albert Krippendorf against J. Howard Mark. No opinion. Judgment and order affirmed, with costs.

LABEE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Frank A. Labee against the International Railway Company. No opinion. Judgment affirmed, with costs.

In re LADEW. (Supreme Court, Appellate Division. First Department. December 10, 1909.) In the matter of Rebecca Ladew. No opinion. Motion denied. Order filed.

LA FLAIR, Appellant, v. LA FLAIR, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Joseph H. La Flair against Mary Jennie La Flair. No opinion. Order affirmed, with $10 costs and disbursements.

LAKE, Respondent, v. SWENSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action of Louise H. Lake against Snor Albert Swenson. No opinion. Order of the Municipal Court affirmed, with $10 costs and disbursements. See, also, 118 N. Y. Supp. 1119; 119 N. Y. Supp. 1132.

LANGLOIS, Appellant, v. BELMORE, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Joseph A. Langlois against Joseph Belmore. No opinion. Order affirmed, with $10 costs and disbursements.

LAPIER, Appellant, v. GONYO, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Harrison Lapier against Frank Gonyo. No opinion. Judgment unanimously affirmed, with costs.

LA ROSA v. LARKIN. SCOTT v. OPDYKE. In re FOLEY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Actions by Nicolas La Rosa against Michael Larkin, and by Major O. Scott against Stacy B. Opdyke. In the matter of Delia Foley. No opinions. Motions granted, with $10 costs. Orders filed.

LAWLOR, Respondent, v. DENSMORE COMPTON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Lillie Lawlor against the Densmore Compton Building Company and another. C. Gignoux, for appellants. E. W. Cushing, for respondent. No opinion. Judgment (63 Misc. Rep. 458, 118 N. Y. Supp. 468) affirmed, with costs, on the opinion of the court below, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

LAWLOR, Respondent, v. NEW YORK & NEW ENGLAND REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Joseph Lawlor against the New York & New England Realty Company. No opinion. Judgment and order affirmed, with costs.

LEE, Appellant, v. DALY, Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Katie Lee against Margaret C. Daly. A. Steckler, for appellant. D. L. Podell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LEFI, Respondent, v. KNAUTH et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by William Lefi against Wilhelm Knauth and others. No opinion. Motion denied. See, also, 119 N. Y. Supp. 1132.

LEVIN et al. v. DIETZ. (Supreme Court, Appellate Division, Second Department. Janu-